Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Simons, JJ., concur.

In the Matter of the Claim of CORNELIUS LIPSKY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Simons, JJ., concur.

In the Matter of the Claim of JEFFREY LONG, Respondent, v. LIVINGSTON HOME SERVICE, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.